Dismissed and Memorandum Opinion filed February 26, 2009








Dismissed
and Memorandum Opinion filed February 26, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00034-CV

____________

 

DARRYL T. ANDERSON, Appellant

 

V.

 

RICHARD P. STOUT and SHIRLEY STOUT, Appellees

 

 



 

On Appeal from the
County Court at Law

Polk County, Texas

Trial Court Cause
No. CV02556

 



 

M E M O R A N D U M   O P I N I O N








This is
an appeal from a judgment signed November 26, 2008.  The notice of appeal was
filed December 5, 2008.  The clerk=s record was filed January 12, 2009. 
To date, the appellate filing fee of $175.00 has not been paid.  See Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent); see also Order Regarding Fees
Charged in Civil Cases in the Supreme Court and the Courts of Appeals and
Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138
(Tex. Aug. 28, 2009) (listing fees in court of appeals);  Tex. Gov=t Code Ann. ' 51.207 (Vernon
2005) (same).  No
evidence that appellant has established indigence has been filed.  See Tex. R. App. P. 20.1.  

After being given the requisite notice that this appeal was
subject to dismissal, appellant
has not paid the filing fee in accordance with our orders of January 15, 2009
and February 5, 2009.[1]  See Tex. R. App. P. 42.3.  Accordingly, the
appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply
with notice from clerk requiring response or other action within specified
time).  

 

PER CURIAM

 

Panel consists of Chief Justice Hedges and Justices Anderson
and Seymore. 

 









[1]   A second order was sent to appellant=s new mailing address after receipt of a change of
address notice.